In the Matter of BELLE LOWENFELD, Judgment Creditor, against ISAAC LOWENFELD, Judgment Debtor. HERBERT S. KELLER, as Receiver, et al., Appellants; MONROE STEINHACKER et al., as Executors of ISAAC LOWENFELD, Deceased, Respondents.

Submitted November 13, 1950; decided November 30, 1950.

*Milton N. Mound* and *Richard Wincor* for motion.

*Monroe Steinhacker,* in person, opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the papers were not filed within the time fixed by subdivision 3 of section 592 of the Civil Practice Act.